

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

DEC - 6 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) No. ) **4:18CR01009 RLW/SPM** |
| SHERIF SADIK, | ) ) |
| Defendant | ) ) |

## INDICTMENT

### COUNT I
(Prohibited Person in Possession of a Firearm)

The Grand Jury charges that:

On or about August 23, 2018, in the City and County of St. Louis, in the Eastern District of Missouri,

**SHERIF SADIK**

the defendant herein, having been adjudicated a mental defective and having been committed to a mental institution, thereafter did knowingly possess a firearm, that being a Century Arms Canik model TP9SA, 9 millimeter pistol which previously traveled in interstate commerce during or prior to the Defendant's possession.

In violation of Title 18, United States Code, Sections 922(g)(4).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Matthew T. Drake – 46499MO
Assistant United States Attorney